IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

v.

LARRY A. MEISEGEIER,
EMILY B. MEISEGEIER,
WYMORE SEED AND FARM SUPPLY,
MARSHFIELD CLINIC,
DAVID KRUMREI,
BONITA PERRY,
SHELDON CO-OP SERVICES and
HERDSMAN FEEDS, INC.,

          Defendants.

ORDER

14-cv-065-wmc

---

    In this foreclosure action, Larry and Emily Meisegeier, the individual defendants and owners of the mortgaged premises, defaulted on several promissory notes delivered to the United States of America, acting through the Farm Service Agency, United States Department of Agriculture. On July 29, 2015, the court ordered the disbursement of the surplus that ultimately resulted from the sale of the underlying property, except that it stayed disbursing $3,197.06, giving Wymore Seed and Farm Supply thirty days to bring a collateral attack in Rusk County Circuit Court. (Dkt. #52.)

    More than thirty days have now passed without word from Wymore that he has brought such a challenge, therefore, IT IS ORDERED that the remaining $3,197.06 be paid to defendants Emily and Larry Meisegeier.

    Entered this 19th day of October, 2015.

BY THE COURT:

WILLIAM M. CONLEY
District Judge